128

Vanessa SPENCE, Plaintiff–Appellant,

v.

WAL–MART STORES EAST, LP, d/b/a
Wal–Mart, Defendant–Appellee.

No. 15–1071.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 16, 2015.

Decided: April 21, 2015.

Vanessa Spence, Appellant Pro Se. Mark Andrew Kohl, Decaro, Doran, Siciliano, Gallagher & Deblasis, LLP, Bowie, Maryland, for Appellee.

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vanessa Spence appeals the district court's order granting summary judgment in favor of Wal–Mart Stores East, LP and closing her civil action.* On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Spence's informal brief does not challenge the basis for the district court's disposition, Spence has forfeited appellate review of the court's order. Ac-

---

* This case was decided by a magistrate judge with the parties' consent pursuant to 28

cordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*